IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE L DUNSON,

    Plaintiff,

v.                                              CASE NO. 5:11-cv-323-RS-GRJ

GALINAK KAGON, et al.,

    Defendants.

_____/

## **ORDER**

    Pending before the Court for an initial screening is Plaintiff's *pro se* Complaint (Doc. 1), Motions to Proceed *In Forma Pauperis*. (Docs. 3 & 4), and "Injunction Motion to be Transfer[red] Out of Union Correctional Institution" (Doc. 5). Plaintiff is presently incarcerated at Union Correctional Institution, within the jurisdictional confines of the Middle District of Florida. It appears that Plaintiff's claims primarily stem from incidents that occurred while he was confined at Jackson Correctional Institution, within this District. To the extent that Plaintiff asserts claims stemming from his conditions of confinement at Union Correctional Institution, including any claim that he should be transferred from Union CI, this Court is not the proper venue for such claims.

    The Court has considered the information submitted by Plaintiff in support of his motion to proceed *in forma pauperis* and concludes that the motion is due to be granted. The Court finds that Plaintiff does not have sufficient funds to pay an initial partial filing fee as provided in 28 U.S.C. § 1915(b)(1)(A); however, Plaintiff is assessed the total $350.00 filing fee.

    Plaintiff is required to make monthly payments of twenty percent of the preceding

month's income (that is, all funds deposited into the account) credited to the account. Upon receipt of this Order, the agency having custody of Plaintiff shall forward payments from Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00.  These payments shall continue until the filing fee of $350.00 is paid in full.  A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court."  The following information shall either be included on the face of the payment or attached thereto:  (1) the full name of the prisoner; (2) the prisoner's inmate number (168282) and, (3) Northern District  Florida Case Number 5:11-cv-323-RS-GRJ.  Checks or money orders which do not have this information will be returned.

Accordingly, the **Clerk** shall mail a copy of this Order to: Inmate Accounts, Union Correctional Facility, 7819 N.W. 228th Street, Raiford, FL 32026-4000.

Plaintiff is warned that he is ultimately responsible for payment of the filing fee if the agency with custody over him/her lapses in its duty to make payments on his/her behalf.  For this reason, if Plaintiff is transferred to another jail or institution, Plaintiff should ensure that the new institution is informed about this lawsuit and the required monthly payments as set out herein.  Plaintiff is advised to retain a copy of this Order for this purpose.

Plaintiff failed to use the Court's form for prisoner civil rights complaints, and therefore further review of the Complaint will be deferred until Plaintiff completes and files an Amended Complaint on the Court's form.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.  Plaintiff's motions for leave to proceed as a pauper, Docs. 3 & 4, are

**GRANTED**.

2.  Plaintiff's motion seeking a transfer from Union CI, Doc. 5, is **DENIED.**

3.  The Clerk is directed to send Plaintiff a blank prisoner civil rights complaint form and instructions. Plaintiff shall fully complete the complaint form using clearly legible type or handwriting.  In amending his Complaint, Plaintiff shall not refer back to his original Complaint or incorporate any part of his original Complaint by reference.  Plaintiff shall file the amended complaint, together with an identical copy for each named Defendant, **on or before December 19, 2011.**

4.  Failure to comply with this order within the allotted time, or to show cause why Plaintiff is unable to comply, will result in a recommendation to the district judge that the case be dismissed without further notice for failure to prosecute and for failure to obey an order of the court.

  **DONE AND ORDERED** this 17th day of November 2011.


*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge