IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CLARENCE L. DUNSON,

       Plaintiff,

v.     CASE NO. 5:11-cv-323-RS-GRJ

GALINAK KAGON, et al.,

       Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 8). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED** for abuse of the judicial process and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(b)(2).

4. The clerk is directed to close the file.

**ORDERED** on January 23, 2012.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**